UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC., and UNITED STATES FIRE INSURANCE COMPANY,<br>　　　Plaintiffs,<br><br>V.<br><br>DOLPHINITE, INC., CLEAN SEAS COMPANY, and SUNTEC PAINT, INC.,<br>　　　Defendants | CIVIL ACTION<br>NO. 04-10251-PBS |

## PLAINTIFFS' MOTION TO EXTEND THE TIME FOR SERVICE

The plaintiffs move pursuant to F.R.C.P. 4(m) that the Court extend the deadline for making service on the defendants to sixty days after the date there is a resolution of the bankruptcy petition filed by defendant Dolphinite, Inc. or until sixty days after the United States Bankruptcy Court allows relief from the automatic stay entered as a result of the filing by the defendant Dolphinite, Inc. of a petition under Chapter 11 of the Bankruptcy Code, whichever occurs first. As grounds therefore, they state that they have learned that the defendant Dolphinite, Inc. filed a Chapter 11 petition on April 1, 2004, Case Number 04-12657. Although it listed the instant action as an action pending against it in its Statement of Affairs, it has not filed a Suggestion of Bankruptcy in this action. Plaintiffs' counsel does not wish to violate the provisions of the automatic stay in effect as a result of the filing of said bankruptcy petition. Further, plaintiffs have been engaging in informal efforts to resolve the dispute with the other two defendants. All three defendants were asked to accept service pursuant to F.R.C.P. 4(d). Only one

of the defendants has agreed to accept service.

Plaintiffs,
By their attorneys,
GRIFFIN & GOULKA

_____
Joanne L. Goulka
92 Montvale Avenue, Suite 2700
Stoneham, Massachusetts 02180
(781) 279-9858
B.B.O. #205500