RETURN OF SERVICE

FILED IN OFFICE
2004 SEP 10 PM 3:53
U.S. DISTRICT COURT
DISTRICT OF MASS

RECEIPT NUMBER: 0006365-04

PERSON TO BE SERVED:
    CORP/DBA: SUNTEC PAINT INC
    ADDRESS: 1111 SE 22 AVE
    GAINESVILLE

PLAINTIFF: WEST MARINE PRODUCTS INC AND US FIRE INSURANCE COMPANY
-VS-
DEFENDANT: DOLPHINITE INC CLEAN SEAS COMPANY AND SUNTEC PAINT INC

    GRIFFIN & GOULKA

    92 MONTVALE AVE STE 2700
    STONEHAM, MA  40

PLAINTIFF/ATTORNEY

CASE NUMBER: 0410251PBS
    COURT: MASSACHUSETTS

COURT DATE:

TYPE OF WRIT: SUMMONS IN A CIVIL CASE/COMPLAINT AND DEMAND FOR JURY TRIAL ETAL

Received the above-named writ on August 30, 2004 at 1023AM and served the same at 02:45 PM on August 30, 2004 in ALACHUA County, Florida, as follows:

CORPORATE - SERVICE ON STATUTORY OFFICER

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me to-wit: ERIC GRAVES
as VICE PRESIDENT          of the within named corporation in the absence of any higher ranking officer as defined in Chapter 48.081(1), Florida Statutes.

SUMMONS (30 DAYS)

CIVIL COSTS
FEE: $ 40.00

STEPHEN M. OELRICH, SHERIFF
ALACHUA COUNTY, FLORIDA

TOTAL DEPOSIT: $ 40.00

BY: WILLIE GARRISON #076

DEPUTY SHERIFF

PB

# UNITED STATES DISTRICT COURT

for the  District of Massachusetts

West Marine Products, Inc.
and United States Fire
Insurance Company, Plaintiffs

V.

Dolphinite, Inc.,
Clean Seas Company, and
Suntec Paint, Inc.,
Defendants

**SUMMONS IN A CIVIL CASE**

04 10251 PBS

CASE NUMBER:  6365

TO: (Name and address of Defendant)   Suntec Paint, Inc., 1111 S.E. 22nd Avenue, Gainesville, Florida

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joanne L. Goulka, Griffin & Goulka, 92 Montvale Avenue, Suite 2700, Stoneham, Massachusetts 02180

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE  FEB 0 4 2004