UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WEST MARINE PRODUCTS, INC. and UNITED STATES FIRE INSURANCE COMPANY,<br>    PLAINTIFFS | )<br>)<br>)<br>)<br>) |  |
| v. | )<br>) | CIVIL ACTION NO. 04-10251-PBS |
| DOLPHINITE, INC., CLEAN SEAS COMPANY, and SUNTEC PAINT, INC.,<br>    DEFENDANTS | )<br>)<br>)<br>)<br>) |  |

**DEFENDANT SUNTEC PAINT, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON COUNTS XX, XXI, XXII, and XXIII**

Now comes Defendant Suntec Paint, Inc. ("Suntec") and hereby moves for dismissal with prejudice pursuant to Fed. R. Civ. P. 12 on the ground that the United States Constitution does not permit an exercise of personal jurisdiction over Suntec in this forum, or in the alternative, moves for partial summary judgment pursuant to Fed. R. Civ. P. 56 on the ground that Plaintiff cannot prove an essential element of Plaintiff's claims of Breach of Express Warranty (Count XX), Breach of Implied Warranty of Merchantability (Count XXI), Breach of Implied Warranty of Fitness for a Particular Purpose (Count XXII), and Strict Products Liability is not recognized as a cause of action under Massachusetts law (Count XXIII).

The grounds for this Motion are more fully explained in the accompanying memorandum and affidavit of Joseph Anderson.

Respectfully submitted

                        Suntec Paint, Inc.
                        By its attorneys

                        Scott L. Machanic   BBO # 311120
                        Holly B. Anderson, BBO # 649482
                        CUNNINGHAM, MACHANIC, CETLIN,
                        JOHNSON & HARNEY, LLP
                        220 N. Main Street
                        Natick, MA 01760

Dated: September 27, 2004    (508) 651-7524
228156

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 9/27/04.

Signed: _____