UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC. )<br>and UNITED STATES FIRE )<br>INSURANCE COMPANY, )<br>    PLAINTIFFS )<br>)<br>v. )<br>)<br>DOLPHINITE, INC., )<br>CLEAN SEAS COMPANY, and )<br>SUNTEC PAINT, INC., )<br>    DEFENDANTS ) | CIVIL ACTION NO. 04-10251-PBS |

### AFFIDAVIT OF JOSEPH H. ANDERSON

Now comes Joseph H. Anderson and deposes as follows:

1. I am employed by the Defendant Suntec Paint, Inc. as president, and I have been employed with Suntec for approximately 30 years. I make the statements contained in this affidavit based on my personal knowledge.

2. Suntec Paint (hereinafter "Suntec") is in the business of making paint, which is done by mixing ingredients, purchased from others, in various proportions needed to make the desired end product.

3. Suntec's primary market niche is in the area of products used to mark athletic fields. We market our products primarily in the Southeastern part of the United States. We do not make or sell marine paints.

4. Suntec also provides toll manufacturing services to other companies, mixing their products according to formulas they supply to us. Our market for these services is also in the Southeastern United States.

5. Suntec does not have a sales office in the Commonwealth of Massachusetts. We do not have a sales representative assigned to market our products in the Commonwealth of Massachusetts. To the best of our knowledge and recollection, in the past three or four years, we have not been a party to any contract between our company and any Massachusetts customer. The present case is the only instance in the past three or four years where we now understand paints that we mixed were sold by Suntec's customer to its customers in the Commonwealth of Massachusetts.

6. With respect to the type of paint involved in the present case, Clean Seas approached us in February of 2002 regarding our ability to mix marine paint to specifications desired, and supplied, by Clean Seas. We reviewed the formula specifications and other information supplied by Clean Seas, and subsequently agreed to mix the paint as specified by Clean Seas. We understand that the inquiry by Clean Seas was prior to, and independent of, its contract with Dolphinite.

7. Thereafter, we mixed marine paint under contract with Clean Seas. We were never involved in determining the formula for the marine paint we mixed for Clean Seas—Clean Seas holds the patents. We mixed the marine paint exclusively using ingredients provided to us by Clean Seas. We placed the paint in cans, and applied labels which were designed and printed by others and supplied to us.

8. Sometime after we began mixing marine paint for Clean Seas, it contacted us concerning a contract it had to produce the marine paint, and requested that we

mix that paint. We were not, and are not, parties to Clean Seas's contract. We agreed to mix the paint for Clean Seas. We were not involved in and did not have the right to be involved in Clean Seas's selection of customers or markets for the selling of the paint we mixed for it.

9. Suntec's agreement with Clean Seas to mix marine paint was reached in Florida, and Suntec received payment in Florida exclusively from Clean Seas. Suntec never advertised or sold marine paint to Dolphinite or to anyone else. Either Dolphinite or Clean Seas (we do not know which) made arrangements with a trucking firm to pick up the product from our plant in Florida. Suntec had no relationship with the trucking firm, and the freight charges were paid either by Dolphinite or Clean Seas (again, we do not know which).

10. Suntec is not a party to any contract with West Marine or Dolphinite. We did not provide samples to West Marine or Dolphinite. To our knowledge, no one on behalf of Suntec was at all involved with any sales efforts directed to West Marine or Dolphinite, in the negotiation of any contract with West Marine or Dolphinite, or otherwise servicing West Marine or Dolphinite. We had no contact with Dolphinite until it called us in Florida sometime in the first third of 2003 to inquire about when it could expect shipments of paint it had ordered from Clean Seas. We had no contact with West Marine until we received service of process in this case.

11. Suntec is a Florida corporation and has its principal place of business in Florida. Suntec has no salesmen on its staff. We use telemarketers, whose target markets do not include Massachusetts. We have not attempted to negotiate any contracts

with Massachusetts customers or otherwise solicit or do business in Massachusetts for a period of, at a minimum, the last three years.

12. Suntec neither leases nor owns property in Massachusetts, has no bank accounts in Massachusetts, has no other assets in Massachusetts, is not authorized to do business in Massachusetts, has not appointed an agent for service in Massachusetts, has no employees, agents or officers in Massachusetts, and is not listed in any Massachusetts telephone book.

13. Suntec is not a party to any contract between West Marine and Dolphinite.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 23RD DAY OF SEPTEMBER, 2004.

_____
Joseph Anderson

228150

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 9/27/04.

Signed: _____