UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC. )<br>and UNITED STATES FIRE )<br>INSURANCE COMPANY, )<br>    PLAINTIFFS )<br>)<br>v. )<br>)<br>DOLPHINITE, INC., )<br>CLEAN SEAS COMPANY, and )<br>SUNTEC PAINT, INC., )<br>    DEFENDANTS ) | CIVIL ACTION NO. 04-10251-PBS |

**CERTIFICATE OF CONFERENCE CONCERNING
DEFENDANT SUNTEC PAINT, INC.'S MOTION TO DISMISS FOR
LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, FOR
SUMMARY JUDGMENT ON COUNTS XX, XXI, XXII, and XXIII**

I hereby certify that I spoke by telephone with Attorney Joanne Goulka, counsel for Plaintiffs West Marine Products, Inc. and United States Fire Insurance Company Friday, September 24, 2004 and we were not able to resolve our differences concerning the matters raised in this Motion.

    Respectfully submitted
    Suntec Paint, Inc.
    By its attorneys

    _____
    Scott L. Machanic   BBO # 311120
    CUNNINGHAM, MACHANIC, CETLIN,
    JOHNSON & HARNEY, LLP
    220 N. Main Street
    Natick, MA 01760
Dated: September 27, 2004    (508) 651-7524
228156.2

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 9/27/04.

Signed: _____