AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the     District of  Massachusetts

West Marine Products, Inc.
and United States Fire
Insurance Company, Plaintiffs

V.

Dolphinite, Inc.,
Clean Seas Company, and
Suntec Paint, Inc.,
Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 10251 PBS

TO: (Name and address of Defendant)   Clean Seas Company, 1301 Riverplace Boulevard, Suite 1904, Jacksonville, Florida

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joanne L. Goulka, Esquire, Griffin & Goulka, 92 Montvale Avenue, Suite 2700, Stoneham, Massachusetts 02180

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  FEB 0 4 2004

# AFFIDAVIT OF SERVICE

State of MASSACHUSETTS         County of                                District Court

Case Number: 04-10251-PBS

Plaintiff:
WEST MARINE PRODUCTS, INC. AND UNITED STATES FIRE INSURANCE COMPANY

vs.

Defendant:
DOLPHINITE, INC. CLEAN SEAS COMPANY AND SUNTEC PAINT INC.

For:
Joanne Goulka
GRIFFIN & GOULKA
92 Montvale Ave
Suite 2700
Stoneham, MA  02180

Received by VALENTINE PROCESSING INC. on the 9th day of September, 2004 at 11:09 am to be served on **CLEAN SEAS COMPANY 1301 RIVERPLACE BLVD SUITE 1904 JACKSONVILLE, FL..**

I, Bobby Brumfield, being duly sworn, depose and say that on the **13th day of September, 2004 at 12:00 pm, I:**

Served the within named corporation by delivering a true copy of the **Summons, Compaint and Demand For Trial by Jury** with the date and hour of service endorsed thereon by me to DONNA ESPIRITA as of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 14th day of September, 2004 by the affiant who is personally known to me.

NOTARY PUBLIC

Bobby Brumfield
Process Server

VALENTINE PROCESSING INC.
3217 Atlantic Blvd
Jacksonville, FL  32207
(904) 720-2111

Our Job Serial Number: 2004002820

Service Fee: $20.00

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

## AFFIDAVIT OF SERVICE

| State of MASSACHUSETTS | County of | District Court |

Case Number: 04-10251-PBS

Plaintiff:
**WEST MARINE PRODUCTS, INC. AND UNITED STATES FIRE INSURANCE COMPANY**

vs.

Defendant:
**DOLPHINITE, INC. CLEAN SEAS COMPANY AND SUNTEC PAINT INC.**

For:
Joanne Goulka
GRIFFIN & GOULKA
92 Montvale Ave
Suite 2700
Stoneham, MA  02180

Received by VALENTINE PROCESSING INC. on the 9th day of September, 2004 at 11:09 am to be served on **CLEAN SEAS COMPANY 1301 RIVERPLACE BLVD SUITE 1904 JACKSONVILLE, FL.**.

I, Bobby Brumfield, being duly sworn, depose and say that on the **13th day of September, 2004** at **12:00 pm, I:**

Served the within named corporation by delivering a true copy of the **Summons, Compaint and Demand For Trial by Jury** with the date and hour of service endorsed thereon by me to DONNA ESPIRITA as of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 14th day of September, 2004 by the affiant who is personally known to me.

NOTARY PUBLIC

Bobby Brumfield
Process Server

VALENTINE PROCESSING INC.
3217 Atlantic Blvd
Jacksonville, FL  32207
(904) 720-2111

Our Job Serial Number: 2004002820

Service Fee: $20.00

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f