UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-10251PBS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC., and UNITED STATES FIRE INSURANCE COMPANY<br>Plaintiffs,<br><br>v.<br><br>DOLPHITE, INC.<br>CLEAN SEAS COMPANY and SUNTEC PAINT, INC.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**(ASSENTED TO)
DEFENDANT CLEAN SEAS COMPANY'S MOTION
TO ENLARGE TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT**

NOW COMES Defendant Clean Seas Company ("Clean Seas"), by and through its attorney, Smith & Brink, P.C. 122 Quincy Shore Drive, Quincy, Massachusetts, and makes a <u>limited appearance</u> for the sole purpose of filing this assented to motion to enlarge the time to file a responsive pleading to the Plaintiffs West Marine Products, Inc. and United States Fire Insurance Company's Complaint.

Defendant Clean Seas was served with summons and complaint on September 13, 2004. The due date of responsive pleading was October 4, 2004. Clean Seas is a Florida corporation and it has just been recently that it retained undersigned counsel this week to represent it in this matter. Undersigned counsel will require additional time to review this case and determine what if

any responsive pleading will be filed.  Plaintiff's counsel, has agreed to extend the time to file responsive pleadings to and including October 22, 2004.  No parties will be prejudiced by this extension.

    WHEREFORE, Defendant Clean Seas Company respectfully requests that this Court extend the time to file responsive pleadings to and including October 22, 2004.

### CERTFICATION UNDER FED.R.CIV.P.  26(c) and LOCAL RULE 37.1

    I, Marie Cheung-Truslow have in good faith, conferred with counsel for the Plaintiffs, Attorney Joseph Evans on October 6, 2004 regarding the within motion and he has assented to the extension of time to file responsive pleadings

Respectfully submitted,

Defendant Clean Seas Company

/s/ Marie Cheung-Truslow
Gerald W. Motejunas, Esq. BBO # 358140
Marie Cheung-Truslow, Esq. BBO # 558659
Smith & Brink
122 Quincy Shore Drive
Quincy, MA  02171
(617) 770-2214

October 7, 2004

**CERTIFICATE OF SERVICE**

       I, Marie Cheung-Truslow, Esq. hereby certify that on October 7, 2004, I served a copy of the within motion by facsimile and first class mail to all counsels of record as follows:

Joanne L. Goulka
92 Montvale Avenue, Suite 2700
Stoneham, MA 02180

Scott L. Machanic, Esq,
Cunningham, Machanic, Ceitlin, Johnson & Harney, LLP
220 N. Main Street
Natick, MA  01760

                                              /s/ Marie Cheung-Truslow
                                              Marie Cheung-Truslow