UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC., ) <br> and UNITED STATES FIRE ) <br> INSURANCE COMPANY, ) <br>     Plaintiffs, ) <br> ) <br> V. ) <br> ) <br> DOLPHINITE, INC., ) <br> CLEAN SEAS COMPANY, and ) <br> SUNTEC PAINT, INC., ) <br>     Defendants ) | CIVIL ACTION <br> NO. 04-10251-PBS |

**ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO
DEFENDANT SUNTEC PAINT, INC'S MOTION TO DISMISS**

The plaintiffs West Marine Products, Inc. and United States Fire Insurance Company move pursuant to L.R. D.Mass. Rule 7.1(B)(2) to extend the time to file an opposition to defendant Suntec Paint, Inc.'s Motion to Dismiss. In support of this Motion, plaintiffs state that the Complaint was served on defendant Suntec Paint, Inc. on August 30, 2004 and that defendant Suntec Paint, Inc. served its Motion to Dismiss on September 27, 2004. Counsel for defendant Suntec Paint, Inc. has assented to a two week extension to October 25, 2004 for plaintiffs to file their opposition. This civil action is in its initial stages and no party will be prejudiced by the allowance of the extension for plaintiffs to file their opposition.

Wherefore, plaintiffs respectfully move that the Court allow this Assented To Motion to Extend Time to Respond to Defendant Suntec Paint, Inc.'s Motion to Dismiss.

Plaintiffs,
By their attorneys,
GRIFFIN & GOULKA

*Joanne L. Goulka*
Joanne L. Goulka
92 Montvale Avenue, Suite 2700
Stoneham, Massachusetts 02180
(781) 279-9858
B.B.O. #205500

Assented to:

Defendant,
Suntec Paint, Inc.
By its attorneys,
CUNNINGHAM, MACHANIC,
CETLIN, JOHNSON & HARNEY, LLP

*Scott L. Machanic*
Scott L. Machanic
220 N. Main Street
Natick, Massachusetts 01760
(508) 651-7524
B.B.O. # 311120

## CERTIFICATION UNDER FED.R.CIV.P. 26(c) AND LOCAL RULE 37.1

I, Joseph P. Evans, an attorney at Griffin & Goulka, hereby certify that Joanne L. Goulka, attorney for the plaintiffs in the above-entitled action, did in good faith confer with Scott L. Machanic, counsel for defendant Suntec Paint, Inc. on October 5, 2004 regarding the within motion, and Attorney Machanic has assented to the extension of time to respond to the Motion to Dismiss.

*Joseph P. Evans*
Joseph P. Evans

## **CERTIFICATE OF SERVICE**

I, Joseph P. Evans, hereby certify that a true copy of this document was served upon the attorney of record for each party by first-class mail, postage prepaid, on October 8, 2004, as follows:

Scott L. Machanic, Esquire
Cunningham, Machanic, Cetlin,
Johnson & Harney, LLP
220 N. Main Street
Natick, Massachusetts 01760

Andrew D. Myers, Esquire
Davis, Malm & D'Agostine
One Boston Place
Boston, Massachusetts 02108

Gerald W. Motejunas, Esquire
Smith & Brink
122 Quincy Shore Drive
Quincy, Massachusetts 02171

_____
Joseph P. Evans