EXHIBIT 1
IN SUPPORT OF MOTION TO TRANSFER
US DISTRICT COURT JUDICIAL CASELOAD PROFILE

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | \multicolumn{6}{c}{12-MONTH PERIOD ENDING SEPTEMBER 30} | | |
|---|---|---|---|---|---|---|---|---|---|---|
| \multicolumn{3}{c}{**FLORIDA MIDDLE**} | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | \multicolumn{2}{c}{Numerical Standing} |
| OVERALL CASELOAD STATISTICS | \multicolumn{2}{c}{Filings*} | 8,395 | 7,579 | 7,773 | 8,198 | 8,142 | 7,679 | U.S. | Circuit |
| | \multicolumn{2}{c}{Terminations} | 7,545 | 8,095 | 8,007 | 8,316 | 8,403 | 7,787 | | |
| | \multicolumn{2}{c}{Pending} | 6,413 | 5,596 | 6,153 | 6,456 | 6,662 | 7,320 | | |
| | % Change in Total Filings | Over Last Year | | 10.8 | | | | | 11 | 1 |
| | | Over Earlier Years | | | 8.0 | 2.4 | 3.1 | 9.3 | 43 | 2 |
| | \multicolumn{2}{c}{Number of Judgeships} | 15 | 15 | 15 | 15 | 11 | 11 | | |
| | \multicolumn{2}{c}{Vacant Judgeship Months**} | .0 | 11.4 | 12.0 | 46.9 | 5.0 | 1.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 559 | 505 | 518 | 547 | 740 | 698 | 18 | 1 |
| | | Civil | 459 | 421 | 446 | 468 | 637 | 585 | 13 | 1 |
| | | Criminal Felony | 82 | 68 | 72 | 79 | 103 | 113 | 36 | 2 |
| | | Supervised Release Hearings** | 18 | 16 | - | - | - | - | 47 | 4 |
| | \multicolumn{2}{c}{Pending Cases} | 428 | 373 | 410 | 430 | 606 | 665 | 37 | 4 |
| | \multicolumn{2}{c}{Weighted Filings**} | 647 | 534 | 550 | 544 | 733 | 753 | 13 | 1 |
| | \multicolumn{2}{c}{Terminations} | 503 | 540 | 534 | 554 | 764 | 708 | 27 | 3 |
| | \multicolumn{2}{c}{Trials Completed} | 25 | 23 | 20 | 17 | 25 | 29 | 21 | 3 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 7.0 | 7.1 | 6.7 | 6.6 | 6.4 | 6.6 | 37 | 6 |
| | | Civil** | 8.0 | 10.4 | 10.0 | 10.5 | 11.9 | 10.4 | 19 | 2 |
| | \multicolumn{2}{c}{From Filing to Trial** (Civil Only)} | 20.2 | 19.3 | 19.7 | 18.4 | 19.6 | 18.6 | 31 | 6 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 74 | 116 | 349 | 356 | 105 | 251 | | |
| | | Percentage | 1.4 | 2.5 | 6.7 | 6.4 | 1.8 | 4.0 | 19 | 4 |
| | \multicolumn{2}{c}{Average Number of Felony Defendants Filed Per Case} | 1.5 | 1.5 | 1.6 | 1.4 | 1.6 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 40.29 | 34.96 | 37.65 | 36.14 | 34.11 | 29.08 | | |
| | | Percent Not Selected or Challenged | 40.5 | 34.4 | 40.0 | 39.3 | 33.2 | 29.6 | | |

| 2003 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 6890 | 599 | 43 | 1716 | 63 | 93 | 545 | 584 | 541 | 254 | 1279 | 7 | 1166 |
| Criminal* | 1211 | 157 | 8 | 120 | 14 | 44 | 465 | ** | 41 | 267 | 10 | 9 | 76 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **MASSACHUSETTS** | | | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 3,720 | 3,765 | 3,276 | 3,651 | 3,770 | 3,626 | | |
| | Terminations | | 3,513 | 3,565 | 3,470 | 3,501 | 3,842 | 3,414 | | |
| | Pending | | 4,416 | 4,300 | 4,126 | 4,275 | 4,117 | 4,231 | | |
| | % Change in Total Filings | Over Last Year | -1.2 | | | | | | 56 | 3 |
| | | Over Earlier Years | | 13.6 | 1.9 | -1.3 | 2.6 | | 58 | 1 |
| Number of Judgeships | | | 13 | 13 | 13 | 13 | 13 | 13 | | |
| Vacant Judgeship Months** | | | 7.0 | .0 | .0 | .0 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 285 | 289 | 252 | 281 | 290 | 279 | 84 | 2 |
| | | Civil | 246 | 243 | 222 | 249 | 258 | 251 | 75 | 1 |
| | | Criminal Felony | 31 | 38 | 30 | 32 | 32 | 28 | 90 | 5 |
| | | Supervised Release Hearings** | 8 | 8 | - | - | - | - | 80 | 4 |
| | Pending Cases | | 340 | 331 | 317 | 329 | 317 | 325 | 65 | 1 |
| | Weighted Filings** | | 327 | 332 | 305 | 335 | 328 | 335 | 84 | 3 |
| | Terminations | | 270 | 274 | 267 | 269 | 296 | 263 | 84 | 2 |
| | Trials Completed | | 15 | 15 | 12 | 13 | 14 | 15 | 69 | 4 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 14.3 | 13.4 | 13.2 | 12.6 | 12.4 | 11.3 | 93 | 5 |
| | | Civil** | 10.7 | 11.5 | 10.2 | 10.2 | 10.9 | 9.8 | 69 | 4 |
| | From Filing to Trial** (Civil Only) | | 28.5 | 25.5 | 23.8 | 26.4 | 23.0 | 23.7 | 70 | 5 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 198 | 229 | 275 | 260 | 160 | 264 | | |
| | | Percentage | 5.4 | 6.3 | 7.7 | 7.0 | 4.4 | 7.0 | 63 | 4 |
| | Average Number of Felony Defendants Filed Per Case | | 1.4 | 1.6 | 1.6 | 1.5 | 1.7 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 49.14 | 46.26 | 51.51 | 44.40 | 41.94 | 39.13 | | |
| | | Percent Not Selected or Challenged | 33.4 | 23.2 | 26.2 | 14.8 | 15.2 | 14.2 | | |

| 2003 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3202 | 72 | 25 | 373 | 50 | 58 | 259 | 509 | 466 | 232 | 477 | 32 | 649 |
| Criminal* | 402 | 32 | 5 | 80 | 1 | 17 | 107 | ** | 7 | 100 | 4 | 11 | 38 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."