UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WEST MARINE PRODUCTS, INC. and UNITED STATES FIRE INSURANCE COMPANY, PLAINTIFFS | ) ) ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-10251-PBS |
| DOLPHINITE, INC., CLEAN SEAS COMPANY, and SUNTEC PAINT, INC., DEFENDANTS | ) ) ) ) | |

**DEFENDANT CLEAN SEAS COMPANY'S
MOTION TO DISMISS OR TRANSFER PURSUANT TO 28 U.S.C. § 1404
AND REQUEST FOR ORAL ARGUMENT**

Defendant Clean Seas Company ("Clean Seas") hereby moves this Honorable Court, pursuant to 28 U.S.C. § 1404 to dismiss Plaintiffs West Marine Products, Inc. and United States Fire Insurance Company's claims against it or in the alternative, transfer the above-captioned matter to the United States District Court for the Middle District of Florida, which is an adequate and more convenient venue.  Clean Seas relies on the accompanying memorandum of law and the Affidavit of Martin Polsenski.  Two proposed order are attached.

**REQUEST FOR ORAL ARGUMENT**

Clean Seas respectfully requests oral argument on this Motion.  As grounds therefore, Clean Seas submits that oral argument will assist the Court in its determination of the important threshold issues raised in this Motion.

## CERTFICATION UNDER LOCAL RULE 37.1

     I, Marie Cheung-Truslow have in good faith, conferred with counsel for the Plaintiffs, Attorney Joanne Goulka and Defendant Suntec Paint, Inc., Attorney Scott Machanic on October 21, 2004 regarding the within motion, however, the parties were not able to resolve the issue which is the subject matter of the within motion.  Defendant Dolphinite has not been served with process and has not filed an appearance.

               Respectfully submitted,
               Defendant Clean Seas Company

               /s/ Marie Cheung-Truslow
               Gerald W. Motejunas, Esq. BBO # 358140
               Marie Cheung-Truslow, Esq. BBO # 558659
               Smith & Brink
               122 Quincy Shore Drive
               Quincy, MA  02171
               (617) 770-2214

October 22, 2004

## CERTIFICATE OF SERVICE

     I, Marie Cheung-Truslow, Esq. hereby certify that on October 22, 2004, I served a copy of the within motion by first class mail to all counsels of record as follows:

Joanne L. Goulka
92 Montvale Avenue, Suite 2700
Stoneham, MA 02180

Scott L. Machanic, Esq,
Cunningham, Machanic, Ceitlin, Johnson & Harney, LLP
220 N. Main Street
Natick, MA  01760

               /s/ Marie Cheung-Truslow
               Marie Cheung-Truslow