UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC. ) <br> and UNITED STATES FIRE ) <br> INSURANCE COMPANY, ) <br>     PLAINTIFFS ) <br> ) <br> v.                                                                  ) <br> ) <br> DOLPHINITE, INC., ) <br> CLEAN SEAS COMPANY, and ) <br> SUNTEC PAINT, INC., ) <br>     DEFENDANTS ) | CIVIL ACTION NO. 04-10251-PBS |

**(PROPOSED) ORDER TRANSFERRING CASE TO THE**
**UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF FLORIDA**

_____

**WHEREAS** Defendant Clean Seas Company by and through its attorneys, Smith & Brink, P.C. has moved before this Court for an order, pursuant to 28 U.S.C. § 1404(a) to dismiss or transfer this matter to the United States District Court for the Middle District of Florida; and the Court having considered the papers in support and in opposition thereof and heard argument from the parties; and the Court having found that the fair and efficient administration of justice dictates such transfer; and that more witnesses and documentary evidence are located in Florida.

IT IS on this ___ day of _____ 2004, ORDERED that the Motion to Dismiss or Transfer this action to the United States District Court for the Middle District of Florida is granted; and it is further ORDERED that this action shall be transferred to the United States District Court for the Middle District of Florida.

_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC. ) <br> and UNITED STATES FIRE ) <br> INSURANCE COMPANY, ) <br>     PLAINTIFFS ) <br> ) <br> v. ) <br> ) <br> DOLPHINITE, INC., ) <br> CLEAN SEAS COMPANY, and ) <br> SUNTEC PAINT, INC., ) <br>     DEFENDANTS ) | CIVIL ACTION NO. 04-10251-PBS |

**(PROPOSED) ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST DEFENDANT CLEAN SEAS**

_____

**WHEREAS** Defendant Clean Seas Company by and through its attorneys, Smith & Brink, P.C. has moved before this Court for an order, pursuant to 28 U.S.C. § 1404(a) to dismiss Plaintiff's claim against it or in the alternative, transfer this matter to the United States District Court for the Middle District of Florida; and the Court having considered the papers in support and in opposition thereof and heard argument from the parties.

IT IS on this ___ day of _____ 2004, ORDERED that the Motion to Dismiss or Transfer of this action to the United States District Court for the Middle District of Florida is granted; and it is further ORDERED that Plaintiffs' claim against Defendant Clean Seas be hereby dismissed without prejudice.

_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WEST MARINE PRODUCTS, INC. | ) | |
| and UNITED STATES FIRE | ) | |
| INSURANCE COMPANY, | ) | |
|     PLAINTIFFS | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-10251-PBS |
| | ) | |
| DOLPHINITE, INC., | ) | |
| CLEAN SEAS COMPANY, and | ) | |
| SUNTEC PAINT, INC., | ) | |
|     DEFENDANTS | ) | |

**(PROPOSED) ORDER TRANSFERRING CASE TO THE
UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF FLORIDA**

_____

**WHEREAS** Defendant Clean Seas Company by and through its attorneys, Smith & Brink, P.C. has moved before this Court for an order, pursuant to 28 U.S.C. § 1404(a) to dismiss or transfer this matter to the United States District Court for the Middle District of Florida; and the Court having considered the papers in support and in opposition thereof and heard argument from the parties; and the Court having found that the fair and efficient administration of justice dictates such transfer; and that more witnesses and documentary evidence are located in Florida.

IT IS on this \_\_\_ day of _____ 2004, ORDERED that the Motion to Dismiss or Transfer this action to the United States District Court for the Middle District of Florida is granted; and it is further ORDERED that this action shall be transferred to the United States District Court for the Middle District of Florida.

_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WEST MARINE PRODUCTS, INC. and UNITED STATES FIRE INSURANCE COMPANY, <br>     PLAINTIFFS <br><br> v. <br><br> DOLPHINITE, INC., CLEAN SEAS COMPANY, and SUNTEC PAINT, INC., <br>     DEFENDANTS | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 04-10251-PBS |

**(PROPOSED) ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST DEFENDANT CLEAN SEAS**

    **WHEREAS** Defendant Clean Seas Company by and through its attorneys, Smith & Brink, P.C. has moved before this Court for an order, pursuant to 28 U.S.C. § 1404(a) to dismiss Plaintiff's claim against it or in the alternative, transfer this matter to the United States District Court for the Middle District of Florida; and the Court having considered the papers in support and in opposition thereof and heard argument from the parties.

    IT IS on this ___ day of _____ 2004, ORDERED that the Motion to Dismiss or Transfer of this action to the United States District Court for the Middle District of Florida is granted; and it is further ORDERED that Plaintiffs' claim against Defendant Clean Seas be hereby dismissed without prejudice.

    _____

2