UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC. ) <br> and UNITED STATES FIRE ) <br> INSURANCE COMPANY, ) <br>     PLAINTIFFS ) <br>  ) <br> v. ) <br>  ) <br> DOLPHINITE, INC., ) <br> CLEAN SEAS COMPANY, and ) <br> SUNTEC PAINT, INC., ) <br>     DEFENDANTS ) | CIVIL ACTION NO. 04-10251-PBS |

**DEFENDANT CLEAN SEAS COMPANY'S
MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(6)
AND REQUEST FOR ORAL ARGUMENT**

---

Defendant Clean Seas Company ("Clean Seas") hereby moves pursuant to Fed.R.Civ.P. 12(b)(6) to dismiss Plaintiffs West Marine Products, Inc. and United States Fire Insurance Company's Complaint for failure to state a claim upon which relief can be granted as to on Count XVI (Strict Liability) on the ground that Massachusetts law does not recognize Strict Liability as a distinct cause of action.

In support of this Motion, Clean Seas relies on a combined Memorandum in Support of its Motion to Dismiss and Summary Judgment and the Affidavit of Martin Polsenski.

**REQUEST FOR ORAL ARGUMENT**

Clean Seas respectfully requests oral argument on this Motion. As grounds therefore, Clean Seas submits that oral argument will assist the Court in its determination of the important threshold issues raised in this Motion.

CERTFICATION UNDER LOCAL RULE 37.1

_____

     I, Marie Cheung-Truslow have in good faith, conferred with counsel for the Plaintiffs, Attorney Joanne Goulka and Defendant Suntec Paint, Inc., Attorney Scott Machanic on October 21, 2004 regarding the within motion. Attorney Goulka did not assent to this motion, and Attorney Machanic indicated that he would not be opposing this motion. Defendant Dolphinite has not been served with process and has not filed an appearance.

                       Respectfully submitted,
                       Defendant Clean Seas Company

                       /s/ Marie Cheung-Truslow
                       Gerald W. Motejunas, Esq. BBO # 358140
                       Marie Cheung-Truslow, Esq. BBO # 558659
                       Smith & Brink
                       122 Quincy Shore Drive
                       Quincy, MA  02171
                       (617) 770-2214

October 22, 2004

**CERTIFICATE OF SERVICE**

     I, Marie Cheung-Truslow, Esq. hereby certify that on October 22, 2004, I served a copy of the within motion by first class mail to all counsels of record as follows:

Joanne L. Goulka, Esq.
92 Montvale Avenue, Suite 2700
Stoneham, MA 02180

Scott L. Machanic, Esq,
Cunningham, Machanic, Ceitlin, Johnson & Harney, LLP
220 N. Main Street
Natick, MA  01760

                       /s/ Marie Cheung-Truslow
                       Marie Cheung-Truslow