UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC.<br>and UNITED STATES FIRE<br>INSURANCE COMPANY,<br>    PLAINTIFFS<br><br>v.<br><br>DOLPHINITE, INC.,<br>CLEAN SEAS COMPANY, and<br>SUNTEC PAINT, INC.,<br>    DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04-10251-PBS<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT CLEAN SEAS COMPANY'S
MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 56
AND REQUEST FOR ORAL ARGUMENT**

_____

Defendant Clean Seas Company ("Clean Seas") hereby moves pursuant to Fed.R.Civ.P. 56 for entry of summary judgment on the Plaintiffs West Marine Products, Inc. and United States Fire Insurance Company's Complaint, namely, Counts XIII (Breach of Express Warranties); Count XIV (Breach of Implied Warranties of Merchantability; Count XV (Breach of Implied Warranties of Fitness for a Particular Purpose; (Count XVI (Strict Product Liability); Count XVII (Negligence); XVIII (Common Law Indemnity); and Count XIX (Declaratory Judgment Pursuant to 28 U.S.C. § 2201 and Fed.R.Civ.P. 57)

In support of this motion, attached herein is a Combined Memorandum of Law in Support of its Motion to Dismiss and Motion for Summary Judgment; Statement of Undisputed Material Facts, along with supporting Affidavit of Martin Polsenski.  There are no genuine issues of material facts in dispute that Plaintiffs West Marine Products, Inc. and United States Fire Insurance Company's claims against Clean Seas fail as a matter of law on the ground that Plaintiffs cannot demonstrate contractual privity

between them and Clean Seas, and allege purely economic losses, which is not recoverable.

**REQUEST FOR ORAL ARGUMENT**

Clean Seas respectfully requests oral argument on this Motion. As grounds therefore, Clean Seas submits that oral argument will assist the Court in its determination of the important threshold issues raised in this Motion.

**CERTFICATION UNDER LOCAL RULE 37.1**
_____

I, Marie Cheung-Truslow have in good faith, conferred with counsel for the Plaintiffs, Attorney Joanne Goulka and Defendant Suntec Paint, Inc., Attorney Scott Machanic on October 21, 2004 regarding the within motion. Attorney Goulka did not assent to this motion, and Attorney Machanic indicated that he would not be opposing this motion. Defendant Dolphinite has not been served with process and has not filed an appearance.

                                            Respectfully submitted,
                                            Defendant Clean Seas Company

                                            /s/ Marie Cheung-Truslow
                                            Gerald W. Motejunas, Esq. BBO # 358140
                                            Marie Cheung-Truslow, Esq. BBO # 558659
                                            Smith & Brink
                                            122 Quincy Shore Drive
                                            Quincy, MA  02171
                                            (617) 770-2214

October 22, 2004

## CERTIFICATE OF SERVICE

      I, Marie Cheung-Truslow, Esq. hereby certify that on October 22, 2004, I served a copy of the within motion by first class mail to all counsels of record as follows:

Joanne L. Goulka, Esq.
92 Montvale Avenue, Suite 2700
Stoneham, MA 02180

Scott L. Machanic, Esq,
Cunningham, Machanic, Ceitlin, Johnson & Harney, LLP
220 N. Main Street
Natick, MA 01760

                                      /s/ Marie Cheung-Truslow
                                      Marie Cheung-Truslow