UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC. </br>and UNITED STATES FIRE </br>INSURANCE COMPANY, </br>    PLAINTIFFS </br></br>v. </br></br>DOLPHINITE, INC., </br>CLEAN SEAS COMPANY, and </br>SUNTEC PAINT, INC., </br>    DEFENDANTS | )</br>)</br>)</br>)</br>)</br>)   CIVIL ACTION NO. 04-10251-PBS</br>)</br>)</br>)</br>)</br>) |

## AFFIDAVIT OF MARTIN POLSENSKI

I, MARTIN POLSENSKI, being of full age, duly sworn according to law, upon my oath, depose and say:

1. I am the President, Chief Executive Officer and a Director of the Clean Seas Company (hereinafter "Clean Seas").

2. I reside and work in Jacksonville, Florida.

3. Clean Seas is a Florida corporation with its only office in Jacksonville, Duval County, Florida.

4. Clean Seas has distributors of its patented products in several states. In January of 2003, Clean Seas entered into a distribution agreement with Dolphinite, Inc. ("Dolphinite"), a Massachusetts company.

5. The patented product sold to Dolphinite was a marine coating manufactured and sold under Dolphinite's label as "Go Fast Bottom Paint." This product was mixed in Gainesville, Florida through a contractual arrangement with Suntec, Inc., a Florida

corporation. The product was delivered to Dolphinite FOB, Gainesville, Florida (the product's point of production).

6. Clean Seas did not sell "Go Fast Bottom Paint" to any entity or person except Dolphinite, and does not advertise this product in any way. Clean Seas made no warranty with respect to this product except to Dolphinite. Clean Seas exercises no control over Dolphinite's distribution of this or any product.

7. Clean Seas has never contracted with West Marine Products, Inc. ("West Marine") for sale or distributorship of "Go Fast Bottom Paint". Clean Seas is not a party to the contract between West Marine and Dolphinite. When Clean Seas entered into its distribution agreement with Dolphinite in January of 2003, it did not know that Dolphinite had entered into a distribution contract with West Marine.

Signed under the pains and penalty of perjury this 21st day of October, 2004,

_____
MARTIN POLSENSKI, President, Affiant

STATE OF FLORIDA
COUNTY OF DUVAL

Sworn to and subscribed before me this 21st day of October 2004, by Martin Polsenski who is personally known to me.

_____
Signature of Notary Public

Cindy L. Parsley
Notary Public, State of Florida
My Comm. expires Oct. 2, 2007
Comm. No. DD 254916