## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WEST MARINE PRODUCTS, INC. | ) | |
| and UNITED STATES FIRE | ) | |
| INSURANCE COMPANY, | ) | |
|   PLAINTIFFS | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-10251-PBS |
| | ) | |
| DOLPHINITE, INC., | ) | |
| CLEAN SEAS COMPANY, and | ) | |
| SUNTEC PAINT, INC., | ) | |
|   DEFENDANTS | ) | |

**STATEMENT OF MATERIAL FACTS OF RECORD AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED IN SUPPORT OF CLEAN SEAS, INC.'S MOTION FOR SUMMARY JUDGMENT ON ALL COUNTS AGAINST IT**

―――――――――――――――

Clean Seas Company ("Clean Seas") hereby submits this statement of undisputed material facts in support of its motion for summary judgment.  The Affidavit of Martin Polsenski is attached to this Statement of Undisputed Facts.

1.      Clean Seas is a corporation incorporated under the laws of the State of Florida, with its only office in Jacksonville, Florida.  *See Affidavit of Martin Polsenski* ("Affidavit"), filed herewith ¶ 3.

2.      Clean Seas has distributors of its patented products in several states.  One of its distributors was Defendant Dolphinite, Inc. ("Dolphinite"), a Massachusetts company.  *See* Affidavit ¶ 5.

3.      The patented product sold to Dolphinite was a marine coating manufactured and sold under Dolphinite's label as "Go Fast Paint" and "Go Fast Inflatable Bottom Paint."  *See* Affidavit ¶ 5.

4.      This product was mixed in Gainesville, Florida through a contractual arrangement with Suntec, Inc., a Florida corporation.  *See* Affidavit ¶ 5.

5.      When Clean Seas entered into its distribution agreement with Dolphinite in January of 2003, it did not know that Dolphinite had contracted with or would sell any of the products to Plaintiff West Marine Products, Inc. ("West Marine").  *See* Affidavit ¶ 7.

6.      Clean Seas never advertised this product in any way.  *See* Affidavit ¶ 6.

7.      Clean Seas did not exercise any control over the distribution of these products or any other product sold by Dolphinite.  *See* Affidavit ¶ 6.

8.      Clean Seas has never contracted with or solicited business from West Marine for sale or distributorship of "Go Fast Bottom Paint".  *See* Affidavit ¶ 7.

9.      In September of 2002, West Marine entered into a written agreement with Dolphinite for the purchase of products to be sold in West Marine's retail outlets, and through catalogues, wholesale distribution and Internet distribution sales.  *See* Complaint ¶ 13.

10.     Clean Seas is not a party to the contract between West Marine and Dolphinite.  *See* Affidavit ¶ 7.

11.     Plaintiffs allege that the "Go Fast Paint" and "Go Fast Inflatable Bottom Paints" they purchased from Dolphinite for resale to their customers failed to perform as warranted by Dolphinite. *See* Complaint ¶¶ 18, 20, 21.

12.     Plaintiffs allege that the failure of these products to perform as expected has caused their customers to suffer injury.  *See* Complaint ¶¶ 22, 23.

13.     Plaintiffs allege that the failure of these products to perform as expected has caused West Marine to suffer a variety of economic losses.  *See* Complaint ¶ 23.

14.    The only property damage alleged by Plaintiffs is that suffered by its customers.  *See* Complaint ¶ 25.

15.    Plaintiffs allege the following against Clean Seas:  Count XIII-Breach of Express Warranties;  Count XIV-Breach of Implied Warranties of Merchantability;  Count XV-Breach of Implied Warranties of Fitness for a Particular Purpose;  Count XVI-Strict Products Liability;  Count XVII-Common Law Negligence;  Count XVIII-Common Law Indemnity; and Count XIX-Declaratory Judgment for Indemnity.  *See* Complaint ¶¶ 99-138.

Respectfully submitted,
Defendant Clean Seas Company

/s/ Marie Cheung-Truslow
Gerald W. Motejunas, Esq. BBO # 358140
Marie Cheung-Truslow, Esq. BBO # 558659
Smith & Brink
122 Quincy Shore Drive
Quincy, MA  02171
(617) 770-2214

October 22, 2004

## CERTIFICATE OF SERVICE

I, Marie Cheung-Truslow, Esq. hereby certify that on October 22, 2004, I served a copy of the within motion by first class mail to all counsels of record as follows:

Joanne L. Goulka, Esq.
92 Montvale Avenue, Suite 2700
Stoneham, MA 02180

Scott L. Machanic, Esq,
Cunningham, Machanic, Ceitlin, Johnson & Harney, LLP
220 N. Main Street
Natick, MA  01760

/s/ Marie Cheung-Truslow
Marie Cheung-Truslow