# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC., and UNITED STATES FIRE INSURANCE COMPANY,<br>　　　Plaintiffs,<br><br>V.<br><br>DOLPHINITE, INC., CLEAN SEAS COMPANY, and SUNTEC PAINT, INC.,<br>　　　Defendants | CIVIL ACTION<br>NO. 04-10251-PBS |

## AFFIDAVIT OF PAM FIELDS

Pam Fields hereby deposes and states:

1) I am General Counsel for plaintiff West Marine Products, Inc. and have been personally involved in dealing with the defendants' counsel relative to the problems associated with the marine paints sold by the defendant Dolphinite, Inc. to West Marine Products, Inc. which are involved in this case.

2) West Marine Products, Inc. is one of the country's biggest retail sellers of boating supplies and equipment. It has retail stores in 38 States. Twelve of those stores operate in Massachusetts under the name of West Marine. Three of those stores operate in Massachusetts under the name of Boat US. They periodically send catalogs to customers in every State. The overwhelming majority of its customers are boaters who use their boats for personal or family use.

3) According to the records kept by West Marine Products, Inc. in the ordinary course of its business, Dolphinite sold approximately 11,150 units of the paint to West Marine at a cost of $683,069.

4) In the course of responding to the complaints West Marine received about the Dolphinite marine paints, I spoke with counsel for Dolphinite and counsel for Clean Seas Company. Counsel for both of those entities indicated that the fault with the marine paint lie with the other parties and perhaps that there was a problem when the paint was mixed by Suntec Paint in terms of the proper formulation not being followed.

5) A review of our business records reflects that claims of 44 customers from Massachusetts have been paid, and that approximately 399 units of paint were sold in Massachusetts or through catalog or internet sales to customers with a Massachusetts address.

6) Included amongst the claims which were submitted to West Marine were claims based on allegations that more barnacles and other marine life attached itself to the hulls of boats and inflatables on which the Dolphinite marine paint was applied than would have attached themselves had no paint been applied, causing property damage to the boats. The growth reported was more than would normally be expected to occur. Insofar as inflatables were concerned, there were allegations that the barnacles and other marine life which grew on the bottoms of the inflatables rendered the inflatables completely unusable and unrepairable as a result of the damage to those bottoms, that the marine paint could not be removed, which rendered them incapable of accepting any other bottom paint, and that the marine paint hardened and cracked the material used on the inflatables.

Signed under the pains and penalties of perjury this 20th day of October, 2004.

_____
Pam Fields

## CERTIFICATE OF SERVICE

    Joanne L. Goulka, attorney for the plaintiffs in the above-entitled action, hereby certifies that a true copy of this document was served upon the attorney of record for each party by regular mail, postage prepaid, on October 22, 2004.

                                                     */s/ Joanne L. Goulka*
                                                      Joanne L. Goulka