UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC., and UNITED STATES FIRE INSURANCE COMPANY,<br>       Plaintiffs, | )<br>)<br>)<br>)<br>) |
| V. | ) CIVIL ACTION<br>) NO. 04-10251-PBS |
| DOLPHINITE, INC.,<br>CLEAN SEAS COMPANY, and<br>SUNTEC PAINT, INC.,<br>       Defendants | )<br>)<br>)<br>)<br>) |

### PLAINTIFFS' MOTION TO STRIKE PORTIONS OF THE AFFIDAVIT OF JOSEPH H. ANDERSON

Plaintiffs move pursuant to F.R.C.P. 56(e) to strike paragraphs 6, 7 and 8 from the Affidavit of Joseph H. Anderson. As grounds therefore, plaintiffs state that F.R.C.P. 56(e) requires that Affidavits filed in support of a Motion for Summary Judgment shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence and shall show affirmatively that the affiant is competent to testify to the matters stated in the Affidavit. Paragraphs 6, 7 and 8 do not show that the affiant is speaking of his own personal knowledge or that he would be competent to testify to the matters contained in those paragraphs. His use of the words "us" and "we" imply that he was not personally involved in negotiating the contract with Clean Seas Company or in carrying it out. Instead of annexing written contracts, memoranda of agreements, purchase orders or invoices, and instead of recounting the oral conversation between the parties which formed the agreement between Suntec Paint, Inc. and Clean Seas

Company, the affiant makes conclusory statements as to what Suntec Paint, Inc.'s contractual obligations were. Those conclusions are at issue in this case and the affiant would not be permitted to testify to them at trial.

Plaintiffs,
By their attorneys,
GRIFFIN & GOULKA

*/s/ Joanne L. Goulka*
Joanne L. Goulka
92 Montvale Avenue, Suite 2700
Stoneham, Massachusetts 02180
(781) 279-9858
B.B.O. #205500

### CERTIFICATE OF SERVICE

Joanne L. Goulka, attorney for the plaintiffs in the above-entitled action, hereby certifies that a true copy of this document was served upon the attorney of record for each party by regular mail, postage prepaid, on October 22 , 2004.

*/s/ Joanne L. Goulka*
Joanne L. Goulka