UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC., )<br>and UNITED STATES FIRE )<br>INSURANCE COMPANY, )<br>    Plaintiffs, )<br>)<br>V. )<br>)<br>DOLPHINITE, INC., )<br>CLEAN SEAS COMPANY, and )<br>SUNTEC PAINT, INC., )<br>    Defendants ) | CIVIL ACTION<br>NO. 04-10251-PBS |

CERTIFICATE OF CONFERENCE CONCERNING
PLAINTIFFS' MOTION TO STRIKE PORTIONS
OF THE AFFIDAVIT OF JOSEPH H. ANDERSON

I hereby certify that I spoke by telephone with Attorney Scott Machanic, counsel for defendant Suntec Paint, Inc., on September 5, 2004 and we were not able to resolve our differences concerning the matters raised in this Motion.

    Respectfully submitted,
    Plaintiffs,
    By their attorneys,
    GRIFFIN & GOULKA

    _____
    Joanne L. Goulka
    92 Montvale Avenue, Suite 2700
    Stoneham, Massachusetts 02180
    (781) 279-9858
    B.B.O. #205500

## CERTIFICATE OF SERVICE

Joanne L. Goulka, attorney for the plaintiffs in the above-entitled action, hereby certifies that a true copy of this document was served upon the attorney of record for each party by regular mail, postage prepaid, on October 22, 2004.

*Joanne L. Goulka*
Joanne L. Goulka