UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC. )<br>and UNITED STATES FIRE )<br>INSURANCE COMPANY, )<br>    PLAINTIFFS )<br>)<br>v. )<br>)<br>DOLPHINITE, INC., )<br>CLEAN SEAS COMPANY, and )<br>SUNTEC PAINT, INC., )<br>    DEFENDANTS ) | CIVIL ACTION NO. 04-10251-PBS |

**MOTION FOR ADMISSION *PRO HAC VICE***

Marie Cheung-Truslow, Esq. of Smith & Brink. P.C. 122 Quincy Shore Drive, Quincy, Massachusetts, who has entered a limited appearance in this action on behalf of Defendant Clean Seas Company ("Clean Seas"), hereby moves this Court for the admission *pro hac vice* of Kevin P. McCann and Michael J. Fioretti of Chance & McCann of Bridgeton, New Jersey as counsel for Defendant Clean Seas pursuant to Local Rule 83.5.3

Attached hereto in support of this motion are certificates of Kevin P. McCann and Michael J. Fioretti establishing that they are members of the bar in good standing in every jurisdiction where they have been admitted to practice; that there are no disciplinary proceedings pending against them as a member of the bar in any jurisdiction; and that they are familiar with the Local Rules of this Court.

## CERTFICATION UNDER
## LOCAL RULE 37.1

_____

      I, Marie Cheung-Truslow have in good faith, conferred with counsel for the Plaintiffs, Attorney Joanne Goulka and Defendant Suntec Paint, Inc., Attorney Scott Machanic on October 26, 2004 regarding the within motion and they did not have any objection to the relief requested.  Defendant Dolphinite has not been served with process and has not filed an appearance.

                                            Respectfully submitted,
                                            Defendant Clean Seas Company

                                            /s/ Marie Cheung-Truslow
                                            Gerald W. Motejunas, Esq. BBO # 358140
                                            Marie Cheung-Truslow, Esq. BBO # 558659
                                            Smith & Brink
                                            122 Quincy Shore Drive
                                            Quincy, MA  02171
                                            (617) 770-2214

October 26, 2004

## CERTIFICATE OF SERVICE

      I, Marie Cheung-Truslow, Esq. hereby certify that on October 26, 2004, I served a copy of the within motion by facsimile and first class mail to all counsels of record as follows:

Joanne L. Goulka
92 Montvale Avenue, Suite 2700
Stoneham, MA 02180

Scott L. Machanic, Esq,
Cunningham, Machanic, Ceitlin, Johnson & Harney, LLP
220 N. Main Street
Natick, MA  01760

                                            /s/ Marie Cheung-Truslow
                                            Marie Cheung-Truslow