UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC.<br>and UNITED STATES FIRE<br>INSURANCE COMPANY,<br>    PLAINTIFFS<br><br>v.<br><br>DOLPHINITE, INC.,<br>CLEAN SEAS COMPANY, and<br>SUNTEC PAINT, INC.,<br>    DEFENDANTS | CIVIL ACTION NO. 04-10251-PBS |

### CERTIFICATE OF MICHAEL J. FIORETTI IN SUPPORT
### OF MOTION PRO HAC VICE

I, Michael J. Fioretti am a member of Chance & McCann, located at 201 West Commerce Street, Bridgeton, Cumberland County, New Jersey.

1. I am an associate with the law firm of Chance & McCann.

2. That I was admitted to practice in the Courts of New Jersey and Pennsylvania in 2003.

3. That I was admitted to practice in United States District Court, District of New Jersey in 2003.

4. That I graduated from Villanova University School of Law in 2003.

5. That I have never been held in contempt of court, censured, suspended or disbarred by any court.

6. That I am a member in good standing in every jurisdiction where I have been admitted to practice.

7. That there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

8. That I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 22 day of October 2004

_____
Michael J. Fioretti

State of New Jersey
County of Cumberland

Michael J. Fioretti being duly sworn, deposes and says that he is the affiant in the above entitled proceeding, that she had read the foregoing affidavit and that it is true to his own knowledge.

Subscribed and sworn to before me this
22 day of October, 2004

Claudia Rice
Printed Name - Notary Public

Claudia Rice
Signature - Notary Public
My Commission expires on 2/5/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WEST MARINE PRODUCTS, INC.<br>and UNITED STATES FIRE<br>INSURANCE COMPANY,<br>    PLAINTIFFS<br><br>v.<br><br>DOLPHINITE, INC.,<br>CLEAN SEAS COMPANY, and<br>SUNTEC PAINT, INC.,<br>    DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 04-10251-PBS |

### CERTIFICATE OF KEVIN P. MCCANN IN SUPPORT OF MOTION PRO HAC VICE

I, Kevin P. McCann am a member of Chance & McCann, located at 201 West Commerce Street, Bridgeton, Cumberland County, New Jersey.

1. I am a partner with the law firm of Chance & McCann.

2. That I was admitted to practice in the Courts of New Jersey in 1975

3. That I was admitted to practice in United States District Court, District of New Jersey in 1976.

4. That I graduated from Delaware School of Widener University in 1975 and Temple University School of Law in Taxation in 1980.

5. That I have never been held in contempt of court, censured, suspended or disbarred by any court.

6. That I am a member in good standing in every jurisdiction where I have been admitted to practice.

7. That there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

8. That I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 22 day of October 2004

_____
KEVIN P. MCANN

State of New Jersey
County of Cumberland

Kevin P. McCann being duly sworn, deposes and says that he is the affiant in the above entitled proceeding, that she had read the foregoing affidavit and that it is true to his own knowledge.

Subscribed and sworn to before me this
22 day of October, 2004

Claudia Rice
Printed Name - Notary Public

Claudia Rice
Signature - Notary Public
My Commission expires on 2/5/05