UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC. )<br>and UNITED STATES FIRE )<br>INSURANCE COMPANY, )<br>    PLAINTIFFS )<br>)<br>v. )<br>)<br>DOLPHINITE, INC., )<br>CLEAN SEAS COMPANY, and )<br>SUNTEC PAINT, INC., )<br>    DEFENDANTS ) | CIVIL ACTION NO. 04-10251-PBS |

**SUPPLEMENTAL AFFIDAVIT OF JOSEPH H. ANDERSON
IN REPLY TO WEST MARINE'S OPPOSITION TO
MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT**

Now comes Joseph H. Anderson and deposes as follows:

1. I am employed by the Defendant Suntec Paint, Inc. as president, and I have been employed with Suntec for approximately 30 years. I make the statements contained in this affidavit based on my personal knowledge.

2. As I indicated in my prior affidavit, Suntec's primary market niche is in the area of products used to mark athletic fields, and that we market our products primarily in the Southeastern part of the United States. We maintain a web site so that our target market can contact us.

3. As I indicated previously, Suntec also provides toll manufacturing services to other companies, mixing their products according to formulas they supply to us, and, again, our market for these services is also in the Southeastern United States.

4. As previously stated, Suntec does not have a sales office in the Commonwealth of Massachusetts. We do not have a sales representative assigned to market our

products in the Commonwealth of Massachusetts. To the best of our knowledge and recollection, in the past three or four years, we have not been a party to any contract between our company and any Massachusetts customer. The present case is the only instance in the past three or four years where we now understand paints that we mixed were sold by Suntec's customer to its customers in the Commonwealth of Massachusetts. The statements were limited to the last three or four years, not because we are aware of contracts with parties in Massachusetts prior to that time period, but because we the records we have accessible to us, and our memories, for periods prior to that time are limited and/or faded.

5. The revenue which was generated by Suntec as a result of the sale of "bottom paint" was as a result of a sale to a Florida corporation, Clean Seas. Clean Seas was free to have the paint shipped to Alaska, Hawaii, or anywhere else in the United States, or anywhere else in the world, at Clean Seas' option. Clean Seas determined the location to which the paint was to be shipped.

6. Suntec Paint did not "purposely avail" itself of contacts with Massachusetts, nor are we aware of any sales by Suntec Paint to entities or persons in Massachusetts as a result of dealings with people in Massachusetts, which resulted in shipments to Massachusetts of paint which we mixed.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 26th DAY OF OCTOBER, 2004.

_____
Joseph Anderson

229897