UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WEST MARINE PRODUCTS, INC., et al., | ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) ) | NO. 04-10251-PBS |
| DOLPHINITE, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION HEARING

PLEASE TAKE NOTICE that the following Motions have been scheduled for hearing on Tuesday, November 23, 2004, at 10:00 A.M. before Magistrate Judge Judith Gail Dein in Courtroom #15 on the 5th floor:

1. Defendant Suntec Paint, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, for Summary Judgment on Counts XX, XXI, XXII and XXIII (Docket # 4);

2. Defendant Clean Seas Company's Motion to Dismiss or Transfer Pursuant to 28 U.S.C. § 1404 (Docket # 9);

3. Defendant Clean Seas Company's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Docket # 12);

4. Defendant Clean Seas Company's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 (Docket # 13); and

5. Plaintiffs' Motion to Strike Portions of the Affidavit of Joseph H. Anderson (Docket # 20).

DATED: November 3, 2004

/ s / Jolyne D'Ambrosio
By: Deputy Clerk