UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WEST MARINE PRODUCTS, INC. | ) | |
| and UNITED STATES FIRE | ) | |
| INSURANCE COMPANY, | ) | |
|     PLAINTIFFS | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-10251-PBS |
| | ) | |
| DOLPHINITE, INC., | ) | |
| CLEAN SEAS COMPANY, and | ) | |
| SUNTEC PAINT, INC., | ) | |
|     DEFENDANTS | ) | |

**DEFENDANT CLEAN SEAS COMPANY'S
MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO ITS
MOTIONS TO DISMISS AND SUMMARY JUDGMENT**

_____

Defendant Clean Seas Company hereby moves this Court for leave to file a Reply to Plaintiffs' Opposition to its Motion to Dismiss and Motion for Summary Judgment, pursuant to Local Rule 7.1(B)(3).   The reason is that Plaintiffs have raised issues in their Opposition, which require clarification as to the applicable law.

**CERTFICATION UNDER FED.R.CIV.P.  26(c)**

I, Marie Cheung-Truslow have in good faith, conferred with counsel for the Plaintiffs, Attorney Joanne Goulka and Defendant Suntec Paint, Inc., Attorney Scott Machanic on November 15, 2004 regarding the within motion and both counsels indicated their assent. Defendant Dolphinite has not been served with process and has not filed an appearance.

        Respectfully submitted,
        Defendant Clean Seas Company

        /s/ Marie Cheung-Truslow
        Gerald W. Motejunas, Esq. BBO # 358140
        Marie Cheung-Truslow, Esq. BBO # 558659
        Smith & Brink
        122 Quincy Shore Drive
        Quincy, MA  02171
        (617) 770-2214

October 26, 2004

## CERTIFICATE OF SERVICE

I, Marie Cheung-Truslow, Esq. hereby certify that on November 15, 2004, I served a copy of the within motion by first class mail to all counsels of record as follows:

Joanne L. Goulka
92 Montvale Avenue, Suite 2700
Stoneham, MA 02180

Scott L. Machanic, Esq,
Cunningham, Machanic, Ceitlin, Johnson & Harney, LLP
220 N. Main Street
Natick, MA  01760

/s/ Marie Cheung-Truslow
Marie Cheung-Truslow