UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC. )<br>and UNITED STATES FIRE )<br>INSURANCE COMPANY, )<br>    PLAINTIFFS )<br>)<br>v. )<br>)<br>DOLPHINITE, INC., )<br>CLEAN SEAS COMPANY, and )<br>SUNTEC PAINT, INC., )<br>    DEFENDANTS ) | CIVIL ACTION NO. 04-10251-PBS |

**(JOINT ) REQUEST TO ADJOURN HEARING DATE
ORIGINALLY SCHEDULED FOR NOVEMBER 23, 2004**

On behalf of all parties involved, Defendant Clean Seas Company hereby requests this Court to adjourn the hearing date for dispositive motions originally scheduled for November 23, 2004 . The reason is that Attorney Kevin McCann, lead counsel for Defendant Clean Seas has a scheduling conflict in another matter where he has been commanded to appear for his deposition on November 23, 2004.  Each party involved in this litigation assents to an adjournment. The parties propose January 4, 2005 would be an acceptable date for this hearing to be rescheduled.

**CERTIFICATION UNDER LOCAL RULE 7.1**

I, Kevin P. McCann have in good faith, conferred with counsel for the Plaintiffs, Attorney Joanne Goulka and Defendant Suntec Paint, Inc., Attorney Scott Machanic on November 15, 2004 regarding the within request and both counsels indicated their assent. Defendant Dolphinite has not been served with process and has not filed an appearance.   /s/ Kevin P. McCann

Respectfully submitted,
Defendant Clean Seas Company

/s/ Marie Cheung-Truslow
Gerald W. Motejunas, Esq. BBO # 358140
Marie Cheung-Truslow, Esq. BBO # 558659
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA  02171
(617) 770-2214

**CERTIFICATE OF SERVICE**

I, Marie Cheung-Truslow, Esq. hereby certify that on November 16, 2004, I served a copy of the within request by electronic mail to all counsels of record as follows:

Joanne L. Goulka
92 Montvale Avenue, Suite 2700
Stoneham, MA 02180

Scott L. Machanic, Esq,
Cunningham, Machanic, Ceitlin, Johnson & Harney, LLP
220 N. Main Street
Natick, MA  01760

/s/ Marie Cheung-Truslow
Marie Cheung-Truslow