UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC., and UNITED STATES FIRE INSURANCE COMPANY,<br>    Plaintiffs,<br><br>V.<br><br>DOLPHINITE, INC., CLEAN SEAS COMPANY, and SUNTEC PAINT, INC.,<br>    Defendants | CIVIL ACTION<br>NO. 04-10251-PBS |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT SUNTEC PAINT, INC.'S REPLY

The plaintiffs move that they be permitted to file a response to one issue raised in the Reply of Defendant Suntec Paint, Inc. to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment.

                                        Plaintiffs,
                                        By their attorneys,
                                        GRIFFIN & GOULKA

                                        _____
                                        Joanne L. Goulka
                                        92 Montvale Avenue, Suite 2700
                                        Stoneham, Massachusetts 02180
                                        (781) 279-9858
                                        B.B.O. #205500

Assented to:

Defendant,
Suntec Paint, Inc.
By its attorneys,
CUNNINGHAM, MACHANIC,
CETLIN, JOHNSON & HARNEY, LLP

*Scott L. Machanic (jlg)*
Scott L. Machanic
220 N. Main Street
Natick, Massachusetts 01760
(508) 651-7524
B.B.O. # 311120

## CERTIFICATE OF SERVICE

I, Joanne L. Goulka, hereby certify that a true copy of this document was served upon the attorney of record for each party by first-class mail, postage prepaid, on November 30, 2004, as follows:

Scott L. Machanic, Esquire
Cunningham, Machanic, Cetlin,
Johnson & Harney, LLP
220 N. Main Street
Natick, Massachusetts 01760

Michael J. Fioretti, Esquire
Chance & McCann, L.L.C.
201 West Commerce Street
Bridgeton, New Jersey 08302

Gerald W. Motejunas, Esquire
Smith & Brink
122 Quincy Shore Drive
Quincy, Massachusetts 02171

*Joanne L. Goulka*
Joanne L. Goulka