UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC., )<br>and UNITED STATES FIRE )<br>INSURANCE COMPANY, )<br>    Plaintiffs, )<br>)<br>V. )<br>)<br>DOLPHINITE, INC., )<br>CLEAN SEAS COMPANY, and )<br>SUNTEC PAINT, INC., )<br>    Defendants ) | CIVIL ACTION<br>NO. 04-10251-PBS |

### NOTICE OF CHANGE OF ADDRESS

Counsel for the plaintiffs hereby gives notice that her address has changed as follows:

> Joanne L. Goulka
> GRIFFIN & GOULKA
> 477 Main Street
> Stoneham, Massachusetts 02180-2602
> (781) 279-9858

> Plaintiffs,
> By their attorneys,
> GRIFFIN & GOULKA
>
> _____
> Joanne L. Goulka
> 92 Montvale Avenue, Suite 2700
> Stoneham, Massachusetts 02180
> (781) 279-9858
> B.B.O. #205500

## CERTIFICATE OF SERVICE

Joanne L. Goulka, attorney for the plaintiffs in the above-entitled action, hereby certifies that a true copy of this document was served upon the attorney of record for each party by regular mail, postage prepaid, on December 16 , 2004.

_____
Joanne L. Goulka