UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC., and UNITED STATES FIRE INSURANCE COMPANY, Plaintiffs, v. DOLPHINITE, INC., CLEAN SEAS COMPANY, and SUNTEC PAINT, INC., Defendants | CIVIL ACTION NO. 04-10251-PBS |

PLAINTIFFS' MOTION TO
FILE AN AMENDED COMPLAINT

Plaintiffs move pursuant to F.R.C.P. 15(a) that they be given leave to file an Amended Complaint, the original of which is filed herewith. As grounds therefore they state that they seek to correct some numbering errors and to add counts against the defendants Clean Seas Company and Suntec Paint, Inc. for contribution. This case is in its early stages, and no scheduling conference has even been set up by the Court. No formal discovery has been performed by any party, although the plaintiffs did produce to the defendants' current or predecessor counsel copies of the documents they had in their possession that they will produce as part of the automatic disclosures they are required to make. The new counts allege no additional facts not already included in the original Complaint. No party will be prejudiced by the allowance of the Motion to Amend the Complaint.

GRIFFIN & GOULKA
(781) 279-9858

- 1 -

By their attorneys,
GRIFFIN & GOULKA

_____
Joanne L. Goulka
477 Main Street
Stoneham, Massachusetts 02180-2602
(781) 279-9858
B.B.O. #205500

## CERTIFICATE OF SERVICE

Joanne L. Goulka, attorney for the plaintiffs in the above-entitled action, hereby certifies that a courtesy copy of this document was served upon the attorney of record for each party by regular mail, postage prepaid, on December 16 , 2004.

_____
Joanne L. Goulka