UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC. <br> and UNITED STATES FIRE <br> INSURANCE COMPANY, <br>     PLAINTIFFS <br> <br> v. <br> <br> DOLPHINITE, INC., <br> CLEAN SEAS COMPANY, and <br> SUNTEC PAINT, INC., <br>     DEFENDANTS | CIVIL ACTION NO. 04-10251-PBS |

CERTIFICATE OF SERVICE

    I hereby certify that on December 22, 2004, I electronically filed the foregoing Suntec Paint, Inc.'s Opposition to West Marine's Motion to Amend Complaint with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1. Joanne Goulka, Esq. at jgoulka@griffinandgoulka.com and
2. Marie Cheung-Truslow at mtruslow@smithbrink.com

    I further certify that, by United States Postal Service, first class mail, postage prepaid, I forwarded a copy to Kevin P. McCann; Chance & McCann, 201 West Commerce Street, Bridgeton, NJ 08302-1807.

                                                     Scott L. Machanic   BBO # 311120
                                                     Cunningham, Machanic, Cetlin,
                                                           Johnson & Harney, LLP
                                                     220 N. Main Street
                                                   Natick, MA 01760
                                                   (508) 651-7524

232155