UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC., and UNITED STATES FIRE INSURANCE COMPANY,<br>　　　Plaintiffs,<br><br>V.<br><br>DOLPHINITE, INC., CLEAN SEAS COMPANY, and SUNTEC PAINT, INC.,<br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION<br>)　NO. 04-10251-PBS<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE
## TO DEFENDANT SUNTEC PAINT, INC.'S REPLY

The plaintiffs move that they be permitted to file a response to one issue raised in the Reply of Defendant Suntec Paint, Inc. to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment.

　　　　　　　　　　　　　　　　　　Plaintiffs,
　　　　　　　　　　　　　　　　　　By their attorneys,
　　　　　　　　　　　　　　　　　　GRIFFIN & GOULKA


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Joanne L. Goulka
　　　　　　　　　　　　　　　　　　92 Montvale Avenue, Suite 2700
　　　　　　　　　　　　　　　　　　Stoneham, Massachusetts 02180
　　　　　　　　　　　　　　　　　　(781) 279-9858
　　　　　　　　　　　　　　　　　　B.B.O. #205500

Assented to:

Defendant,
Suntec Paint, Inc.
By its attorneys,
CHANCE & MCCANN

_/s/ Kevin P. McCann_
Kevin P. McCann
201 West Commerce Street
Bridgeton, New Jersey 08302-1807

## CERTIFICATE OF SERVICE

I, Joanne L. Goulka, hereby certify that a true copy of this document was served upon the attorney of record for each party by first-class mail, postage prepaid, on December 23, 2004, as follows:

Scott L. Machanic, Esquire
Cunningham, Machanic, Cetlin,
Johnson & Harney, LLP
220 N. Main Street
Natick, Massachusetts 01760

Michael J. Fioretti, Esquire
Chance & McCann, L.L.C.
201 West Commerce Street
Bridgeton, New Jersey 08302

Gerald W. Motejunas, Esquire
Smith & Brink
122 Quincy Shore Drive
Quincy, Massachusetts 02171

_/s/ Joanne L. Goulka_
Joanne L. Goulka