UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC. )<br>and UNITED STATES FIRE )<br>INSURANCE COMPANY, )<br>)<br>PLAINTIFFS, )<br>)<br>v. )<br>)<br>DOLPHINITE, INC., )<br>CLEAN SEAS COMPANY, and )<br>SUNTEC PAINT, INC., )<br>)<br>DEFENDANTS. ) | CIVIL ACTION NO. 04-10251-PBS |

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2004, I served a copy of the within opposition by facsimile and first class mail to all counsels of record as follows:

Joanne L. Goulka, Esq.
GRIFFIN & GOULKA
477 Main Street
Stoneham, Massachusetts 02180-2602

Scott L. Machanic, Esq.
Cunningham, Machanic, Ceitlin, Johnson & Harney, LLP
220 N. Main Street
Natick, MA  01760

I hereby certify that on December 30, 2004, I forwarded the foregoing Clean Seas Company's Opposition to Plaintiffs' Motion to File an Amended Complaint to Marie Cheung-Truslow by e-mail to be electronically filed on January 3, 2005 with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to the following:

1. Joanne Goulka, Esq. at jgoulka@griffinandgoulka.com and
2. Scott L. Mechanic, Esq. at smachanic@cmlaw.net

/s/ Michael Fioretti
Michael J. Fioretti
CHANCE & McCANN, LLC
201 West Commerce Street
Bridgeton, NJ  08302
(856) 912-3095