# CUNNINGHAM, MACHANIC, CETLIN, JOHNSON & HARNEY, LLP
## ATTORNEYS AT LAW

Daniel M. Cunningham
Scott L. Machanic
Dana A. Cetlin +
David C. Johnson (1949-2000)
Peter P. Harney
Robert F. Tenney
Robert J. Riccio
Mary E. Arata
Jennifer C. Gately
Holly B. Anderson
Gregory M. Iudice
Of Counsel:
Edward C. Uehlein (1911-2003)

Lakewood Office Park
220 North Main Street
Natick, Massachusetts 01760-1100
(508) 651-7524   (781) 237-7030
FAX: (508) 653-0119
email: cmlaw@cmlaw.net
www.cunninghammachanic.com

± Also Admitted in New Hampshire

Of Counsel (cont'd):
William M. Zall
Richard B. Schafer
Judith L. Melideo-Preble
Richard A. Zucker
Paralegals:
Jenny Hall Maltais
Pamela J. Szretter
Naomi E. Dennis
Joanne Kramar Zall
Kelly J. Carter
Shelley R. Kamen

February 16, 2005

Magistrate Judge Judith G. Dein
United States District Court
District of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re: West Marine Products, et al. v. Dolphinite, et al.
        Civil No. 04-10251- PBS

Dear Magistrate Judge Dein:

As you may recall, on January 4, 2005, you heard arguments in this matter, with respect to Clean Seas' Motion to Transfer, a Motion to Dismiss filed by Suntec Paint, and a Motion to Dismiss filed by Clean Seas.

While I believe that I so indicated during oral argument, I wanted to make certain that the record was clear. Our client, Suntec Paint, Inc., joins in, and supports, the Motion to Transfer filed by Clean Seas.

Thank you very much.

        Very truly yours,
        Cunningham, Machanic, Cetlin,
        Johnson & Harney, LLP by


        Scott L. Machanic

Cc: Joanne Goulka, Esq.
    Kevin McCann, Esq.
    Marie Cheung-Truslow, Esq.

234203