UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC., and UNITED STATES FIRE INSURANCE COMPANY,<br>  Plaintiffs,<br><br>V.<br><br>DOLPHINITE, INC., CLEAN SEAS COMPANY, and SUNTEC PAINT,<br>  Defendants | CIVIL ACTION<br>NO. 04-10251-PBS |

**PLAINTIFFS' MOTION FOR RECONSIDERATION OF
MAGISTRATE'S ORDER DATED MARCH 23, 2005**

  The plaintiffs move that that the Magistrate reconsider so much of the decision of the Magistrate's Report and Recommendation on Motions to Dismiss and To Transfer Venue and Order on Motion to Strike as recommended that defendant Clean Seas Company's Motion to Transfer Venue to the Middle District of Florida be allowed. As grounds therefore, they state as follows:

  1) The Magistrate's recommendation was based in part on the uncertainty whether the instant action will be consolidated with the related case of <u>Dolphinite, Inc. v. Clean Seas Co., et al</u>, Civil Action No. 03-11659-PBS. That uncertainty was due in large measure to the fact that the <u>Dolphinite</u> case was stayed and the case administratively closed as a result of Dolphinite's bankruptcy.

  2) The likelihood that the two related cases will be consolidated has greatly increased since the issuance of the Magistrate's Report and Recommendation. On

March 25, 2005, the Trustee in Bankruptcy filed an Application of Chapter 7 Trustee For Order Authorizing Retention of Hanify & King, P.C. As Special Counsel, a copy of which is annexed hereto marked Exhibit "A". The purpose of the retention of Hanify & King, P.C. is to pursue the civil action Dolphinite filed against Clean Seas Company ("Clean Seas") and Suntec Paint, Inc. ("Suntec") which is currently stayed. (See paragraphs 6 and 7 of Exhibit A).

3) On March 25, 2005, the Trustee in Bankruptcy also filed a Motion For Authority To Enter Into Stipulation With Respect To Payment Of Expenses Regarding Products Liability Litigation And Grant Of A Security Interest To United States Fire Insurance Company In The Proceeds Of Such Litigation, a copy of which is annexed hereto marked Exhibit "B". If allowed, the Trustee will enter into the Stipulation Regarding Payment Of Expenses Regarding Products Liability Litigation And Grant Of A Security Interest To United States Fire Insurance Company In The Proceeds Of Such Litigation, a copy of which is annexed hereto marked Exhibit "C".[1] Pursuant to that Stipulation, the Trustee shall seek to consolidate the Dolphinite action with the instant action, and the automatic stay shall be lifted so that the plaintiffs West Marine Products, Inc. and United States Fire Insurance Company may proceed to establish their claims against Dolphinite. (See paragraph 5 of Exhibit C).

4) The facts underlying the Magistrate's recommendations have changed.

---

[1] Exhibit C is actually an attachment to Exhibit B, the Motion, but is being marked separately for the convenience of the Court.

The United States Bankruptcy Court for the District of Massachusetts and the United States District Court for the District of Massachusetts will both be able to require Clean Seas to litigate the Dolphinite/Clean Seas claims in Massachusetts. The resolution of those claims will also resolve many of the same issues as are involved in the instant action. It is a more efficient use of judicial resources to litigate the two suits together.

Plaintiffs,<br>
By their attorneys,<br>
GRIFFIN & GOULKA LLC<br><br>
<em>/s/ Joanne L. Goulka</em><br>
Joanne L. Goulka<br>
477 Main Street<br>
Stoneham, Massachusetts 02180<br>
(781) 279-9858<br>
B.B.O. #205500

### CERTIFICATION LOCAL RULE 7.1

I, Joseph P. Evans, hereby certify that in accordance with Local Rule 7.1(A)(2) that on March 30, 2005, I conferred with Attorney Scott Machanic, counsel for defendant Suntec Paint, and that on March 31, 2005 I conferred with Attorney Marie Cheung-Truslow, counsel for defendant Clean Seas Company, attempting in good faith to resolve or narrow the issue of this Motion.

<em>/s/ Joseph P. Evans</em><br>
Joseph P. Evans

## CERTIFICATE OF SERVICE

    Joanne L. Goulka, attorney for the plaintiffs in the above-entitled action, hereby certifies that a courtesy copy of this document was served upon the attorney of record for each party by regular mail, postage prepaid, on March 31 , 2005.

                                              _____
                                              Joanne L. Goulka