UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-10251-PBS

West Marine Products, Inc., et al,
Plaintiffs,

v.

Dolphinite, Inc., et al,
Defendants.

## ORDER OF DISMISSAL

**SARIS, D.J.**

     In accordance with this Court's adoption on April 6, 2005, of the Magistrates Judge's Report and Recommendation of dismissal as to **Suntec Paint, Inc.**, it is hereby ORDERED that the above-entitled action be and hereby is dismissed as to **Suntec Paint, Inc**. for lack of personal jurisdiction.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

April 7, 2005

To: All Counsel