UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WEST MARINE PRODUCTS, INC.<br>and UNITED STATES FIRE INSURANCE<br>COMPANY,<br><br>          Plaintiffs,<br><br>v.<br><br>DOLPHINITE, INC., CLEAN SEAS<br>COMPANY, and SUNTEC PAINT, INC.,<br><br>          Defendants. | Civil Action<br>No. CV 04-10251-PBS |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned on behalf of the Defendant, Gary W. Cruickshank, as he is the Chapter 7 Trustee of Dolphinite, Inc.

          HANIFY & KING, P.C.

          /s/ Charles R. Bennett, Jr.
          Charles R. Bennett, Jr. (BBO #037380)
          Hanify & King, P.C.
          One Beacon Street
          Boston, MA  02108
          (617) 423-0400
Dated:  April 26, 2005          Fax:    (617) 423-0498

**CERTIFICATE OF SERVICE**

I, Charles R. Bennett, Jr., hereby certify that on April 26, 2005, I caused a copy of the foregoing Notice of Appearance to be served by first-class mail, postage prepaid, upon:

| | | | |
|---|---|---|---|
| Joanne L. Goulka, Esq.<br>Griffin & Goulka<br>477 Main Street<br>Stoneham, MA 02180 | Kevin P. McCann, Esq.<br>Chance & McCann<br>201 West Commerce Street<br>Bridgeton, NJ  08302-1807 | Marie Cheung-Truslow, Esq.<br>Smith & Brink, P.C.<br>122 Quincy Shore Drive<br>Quincy, MA  02171 | Scott L. Machanic, Esq.<br>Cunningham Machanic<br>Cetlin Johnson & Harney<br>220 North Main Street<br>Natick, MA  01760 |

          /s/ Charles R. Bennett, Jr.
          Charles R. Bennett, Jr.

::ODMA\PCDOCS\DOCS\428925\1