**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| WEST MARINE PRODUCTS, INC. and UNITED STATES FIRE INSURANCE COMPANY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. CV 04-10251-PBS |
| DOLPHINITE, INC., CLEAN SEAS COMPANY, and SUNTEC PAINT, INC., | ) ) ) | |
| Defendants. | ) ) | |

## MOTION TO SUBSTITUTE CHAPTER 7 TRUSTEE FOR DEFENDANT, DOLPHINITE, INC.

The Defendant, Gary W. Cruickshank, as Chapter 7 Trustee of Dolphinite, Inc.

("Dolphinite"), hereby moves that he be substituted in the place of defendant, Dolphinite,

Inc., pursuant to Fed. R. Civ. P. 25.  As grounds for this motion, the Trustee states as

follows:

1.      Prior to its bankruptcy, Dolphinite was a wholesale distributor of marine

products, including boat paints.  In January 2003, Dolphinite contracted with

Clean Seas for the manufacture of boat paints that Dolphinite was to sell

under its own name.  Cleans Seas subcontracted manufacturing responsibility

to Suntec.  Clean Seas and/or Suntec manufactured the paints, sealed them in

cans, placed Dolphinite labels on the cans and shipped them to Massachusetts.

Dolphinite sold the paints to retailers, including West Marine Products, Inc.

("West Marine").  The paints allegedly failed to perform properly and caused

damage, some of it irreparable, to the boats and inflatables of the retailers' customers.

2.  Dolphinite also received complaints from retailers other than West Marine and from individual customers who had purchased the paints. As a result, Dolphinite brought Civil Action No. 03-11659-PBS ("the Dolphinite Action") against Clean Seas and Suntec, seeking declaratory judgment, money damages, indemnification, and liability for unfair and deceptive practices. The liability that Dolphinite sought to impose upon Clean Seas and Suntec derived from its potential liability to West Marine, other retailers, and individual customers. After bringing suit against Clean Seas and Suntec, Dolphinite filed a petition for bankruptcy in Massachusetts.

3.  On September 22, 2004, the United States Trustee appointed Gary W. Cruickshank as Trustee in Dolphinite's bankruptcy proceedings. Having been so appointed, the Trustee is now a party in interest here. Pursuant to Rule 25 of the Federal Rules of Civil Procedure, the Court, upon motion, may substitute the Trustee in the shoes of Dolphinite.

4.  The Trustee has already been substituted as plaintiff in Dolphinite's place in the related Dolphinite Action.

5.  Substitution of a trustee for a debtor in bankruptcy promotes the just resolution of the claims of the debtor's creditors, and, unless prejudice to the debtor's opposing party would result, motions for substitution should be allowed. *See* <u>Rousseau v. Dimmer</u>, 24 F.Supp.2d 137, 144 (D.Mass.1998).

6.      West Marine, Clean Seas, and Suntec would suffer no prejudice by

substitution of the Trustee for Dolphinite as a party in this action because

substitution will allow the rights of all parties to be fully adjudicated.  Indeed,

counsel for the other parties to this action represented to the Court at a hearing

held on June 9, 2005 in the Dolphinite Action that they would not oppose this

motion.

## CONCLUSION

WHEREFORE, Gary Cruickshank, as he is the duly appointed and acting Trustee

of the estate of Dolphinite, respectfully moves that his Motion be allowed and that the

Trustee be substituted for Dolphinite as a defendant in this action.


GARY W. CRUICKSHANK

As Chapter 7 Trustee

By his counsel,

/s/ Charles R. Bennett, Jr.
Charles R. Bennett BBO 037380

HANIFY & KING, P.C.
One Beacon Street
Boston, MA  02108
(617) 423-0400
DATED:  July 1, 2005                      Fax: (617) 423-0498

3

## CERTIFICATE OF SERVICE

I, Charles R. Bennett, Jr., hereby certify that on July 1, 2005, I caused a copy of the foregoing *Motion to Substitute the Trustee as Defendant* to be served by first-class mail, postage prepaid, upon:

Joseph J. Perrone
DeOrchis & Partners, LLP
61 Broadway
26th Floor
New York, NY 10006

/s/ Charles R. Bennett, Jr.
Charles R. Bennett, Jr.

433625