UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEST MARINE PRODUCTS, INC. <br> and UNITED STATES FIRE INSURANCE <br> COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> DOLPHINITE, INC., CLEAN SEAS <br> COMPANY, and SUNTEC PAINT, INC., <br><br> Defendants. | Civil Action <br> No. CV 04-10251-PBS |

## NOTICE OF CONFERENCE

Please be advised that counsel for the Defendant, Gary W. Cruickshank, Chapter 7 Trustee of Dolphinite, Inc. ("Dolphinite"), has conferred with plaintiff's counsel and with counsel for Clean Seas Company relating to the *Motion to Substitute the Trustee as Defendant* which was filed with the Court on July 1, 2005. Plaintiff's counsel does not oppose the motion. Counsel for Clean Seas does not oppose the substitution, pursuant to the letter attached hereto.

                                  GARY W. CRUICKSHANK

                                  As Chapter 7 Trustee

                                  By his counsel,

                                  /s/ Charles R. Bennett, Jr.
                                  Charles R. Bennett, Jr. BBO 037380
                                  Karen A. Whitley BBO 564742

                                  HANIFY & KING, P.C.
                                  One Beacon Street
                                  Boston, MA  02108
                                  (617) 423-0400
DATED: July 11, 2005                Fax: (617) 423-0498


## CERTIFICATE OF SERVICE

I, Charles R. Bennett, Jr., hereby certify that on July 11, 2005, I electronically filed the foregoing Notice of Conference with the Clerk of the District Court using the CM/ECF system, which is expected to send notification of such filing to the following:

| | | |
|---|---|---|
| Joanne L. Goulka | Kevin P. McCann | Marie Cheung-Truslow |
| Griffin & Goulka | Chance & McCann | Smith & Brink, P.C. |
| Suite 2700 | 201 West Commerce Street | 122 Quincy Shore Drive |
| 92 Montvale Avenue | Bridgeton, NJ 08302-1807 | Quincy, MA 02171 |
| Stoneham, MA 02180 | | |

                                  /s/ Charles R. Bennett, Jr.
                                  Charles R. Bennett, Jr.

433787