Law Offices
# CHANCE & McCANN
*Limited Liability Corporation*
201 WEST COMMERCE STREET
BRIDGETON, NEW JERSEY 08302
(856) 451-9100
Fax: (856) 455-5227
Email: chanceandmccann@comcast.net

**KEVIN P. McCANN**

CERTIFIED BY THE SUPREME COURT OF NEW
JERSEY AS A CIVIL TRIAL ATTORNEY
CERTIFIED BY THE NATIONAL BOARD OF TRIAL
ADVOCACY AS A CIVIL TRIAL ADVOCATE
MEMBER OF THE UNITED STATES DISTRICT
COURT OF THE SOUTHERN DISTRICT OF TEXAS
LL.M. TAXATION
R.1:40 QUALIFIED MEDIATOR

JAMES S. TAYLOR
SHIRLEY NAYLOR *
MICHAEL J. FIORETTI *

* ALSO A MEMBER OF THE PA BAR

July 8, 2005

Karen Whitley, Esquire
Hanify & King, P.C.
One Beacon Street, 21st Floor
Boston, MA 02108-3107

Re:   West Marine Products, Inc. v. Dolphinite, Inc., et al
      Civil Action No. 04-10251-PBS

Dear Ms. Whitley:

I do not understand the necessity of substituting the Trustee in the place of Dolphinite in this matter. Nonetheless, with it in mind that the true party to the action is Dolphinite and not the Trustee, and that permitting his substitution will not waive our right to raise claims and defenses as if Dolphinite was the named party in the case, Clean Seas will not oppose his substitution.

Thank you for your attention in this matter.

Very truly yours,

CHANCE & McCANN

*(signature)*

MICHAEL J. FIORETTI

MJF:jw
cc:   Joanne L. Goulka, Esquire
      Scott Machanic, Esq.