UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

West Marine Products, Inc., et al,
    Plaintiffs,

V.

                                        CIVIL ACTION:   04-10251-PBS

Gary W. Cruickshank, et al
    Defendants.

## FINAL JUDGMENT

SARIS, U.S.D.J.                                                          November 7, 2005

      Pursuant to this Court's endorsed order of November 4, 2005, adopting the Magistrate Judge's recommendation that Suntec Paint, Inc.'s motion to dismiss be allowed, it is ORDERED and ADJUDGED that final judgment is hereby entered in favor of Suntec Paint, Inc .

                                                       By the Court,

                                                       /s/ Robert C. Alba
                                                      Deputy Clerk