UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY W. CRUICKSHANK,<br>CHAPTER 7 TRUSTEE FOR<br>DOLPHINITE, INC.,<br>　　Plaintiff,<br><br>V.<br><br>CLEAN SEAS COMPANY and<br>SUNTEC PAINT, INC.,<br>　　Defendants. | CIVIL ACTION<br>NO. 03-11659-PBS |

CONSOLIDATED WITH

| | |
|---|---|
| WEST MARINE PRODUCTS, INC.<br>and UNITED STATES FIRE<br>INSURANCE COMPANY,<br>　　Plaintiffs,<br><br>V.<br><br>GARY W. CRUICKSHANK,<br>CHAPTER 7 TRUSTEE FOR<br>DOLPHINITE, INC. and<br>CLEAN SEAS COMPANY,<br>　　Defendants. | CIVIL ACTION<br>NO. 04-10251-PBS |

**RENEWED MOTION OF PLAINTIFFS WEST MARINE
PRODUCTS, INC. AND UNITED STATES FIRE
INSURANCE COMPANY TO FILE AN AMENDED COMPLAINT**

Plaintiffs move pursuant to F.R.C.P. 15(a) that they be given leave to file an Amended Complaint, the original of which is filed herewith. As grounds therefore

GRIFFIN & GOULKA LLC
(781) 279-9858

- 1 -

they state that they seek to correct some numbering errors, to add counts against the defendants Dolphinite and Clean Seas Company for contribution, to delete the reference to the defendant Suntec Paint, Inc., against whom there is no personal jurisdiction, and to update the amount of damages. Despite its age, this case is in its early stages, because of the filing of bankruptcy proceedings involving Dolphinite and motions to dismiss by the defendant Suntec Paint, Inc. on jurisdictional grounds and a Motion to Consolidate this action with the action brought by Dolphinite against Clean Seas and Suntec. The plaintiffs filed an earlier Motion to Amend the Complaint, which was denied without prejudice pending a decision on the jurisdictional motions. No scheduling conference has been set up by the Court. No formal discovery has been performed by any party, although the plaintiffs have provided the defendants with the automatic disclosures they are required to make. The new counts allege no additional facts not already included in the original Complaint. No party will be prejudiced by the allowance of the Motion to Amend the Complaint.

> Plaintiffs,
> By their attorneys,
> GRIFFIN & GOULKA LLC
>
> /s/ Joanne L. Goulka
> Joanne L. Goulka
> 477 Main Street
> Stoneham, Massachusetts 02180-2602
> (781) 279-9858
> B.B.O. #205500

**CERTIFICATE UNDER LOCAL RULE 7.1**

I, Joanne L. Goiulka, hereby certify that in accordance with Local Rule 7.1(A)(2) I conferred with Kevin McCann, counsel for Clean Seas Company, and with Charles Bennett, counsel for the Trustee in Bankruptcy of Dolphinite, Inc., attempting in good faith to resolve or narrow the issue of this Motion.

_____
Joanne L. Goulka

**CERTIFICATE OF SERVICE**

Joanne L. Goulka, attorney for the plaintiffs in the above-entitled action, hereby certifies that a courtesy copy of this document was served upon the attorney of record for each party by regular mail, postage prepaid, on March 14, 2006.

_____
Joanne I. Goulka

GRIFFIN & GOULKA LLC
(781) 279-9858

- 3 -

S:\Cases\2002-2003\03\203091\PLEADINGS USDIST CT\MotAmendComp1.wpd