UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GARY W. CRUICKSHANK, CHAPTER 7 TRUSTEE FOR DOLPHINITE, INC., <br>　　　Plaintiff, <br><br>V. <br><br>CLEAN SEAS COMPANY and SUNTEC PAINT, INC., <br>　　　Defendants. | ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION <br>NO. 03-11659-PBS |

CONSOLIDATED WITH

| | | |
|---|---|---|
| WEST MARINE PRODUCTS, INC. and UNITED STATES FIRE INSURANCE COMPANY, <br>　　　Plaintiffs, <br><br>V. <br><br>GARY W. CRUICKSHANK, CHAPTER 7 TRUSTEE FOR DOLPHINITE, INC. and CLEAN SEAS COMPANY, <br>　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION <br>NO. 04-10251-PBS |

**MOTION OF PLAINTIFFS WEST MARINE PRODUCTS,
INC. AND UNITED STATES FIRE INSURANCE
COMPANY TO COMPEL PRODUCTION OF
<u>DOCUMENTS FROM DEFENDANT CLEAN SEAS COMPANY</u>**

Plaintiffs move pursuant to F.R.C.P. 34(b) and 37(a) that the Court order the

GRIFFIN & GOULKA LLC
(781) 279-9858

defendant Clean Seas Company to produce within 20 days the documents requested in the Plaintiffs West Marine Products, Inc. and United States Fire Insurance Company's Request for Production of Documents Directed to Defendant Clean Seas Company, the original of which is filed herewith. As grounds therefore, they state that the Request was served on April 11, 2005, calling for production of documents within 35 days, and that the defendant Clean Seas has neither filed a response nor produced the documents requested. Plaintiffs submit a Memorandum in Support of Motion to Compel Production in further support hereof.

>
> Plaintiffs,
> By their attorneys,
> GRIFFIN & GOULKA LLC
>
> *[signature]*
> Joanne L. Goulka
> 477 Main Street
> Stoneham, Massachusetts 02180
> (781) 279-9858
> B.B.O. #205500

## CERTIFICATE UNDER LOCAL RULE 7.1

I, Joanne L. Goulka, hereby certify that in accordance with Local Rule 7.1(A)(2) I conferred with Michael J. Fioretti, counsel for Clean Seas Company, attempting in good faith to resolve or narrow the issue of this Motion.

*[signature]*
Joanne L. Goulka

## CERTIFICATE OF SERVICE

Joanne L. Goulka, attorney for the plaintiffs in the above-entitled action, hereby certifies that a courtesy copy of this document was served upon the attorney of record for each party by regular mail, postage prepaid, on June 15, 2006.

*[signature]*
Joanne L. Goulka

GRIFFIN & GOULKA LLC
(781) 279-9858